Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                          :
                                                :
ISAACS, MARCUS ROBERT                           :   Bankruptcy No. 09-33547
ISAACS, JAMIE LOIS                              :   [Chapter 7]
                                                :
                       --ooOoo—

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

  __XX__ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

                  Attached is check #107 payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

  _____ B      The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 107 | Mountain West Anesthesia<br>PO Box 3570<br>Salt Lake City, UT 84110-3570 | $1.27 |



The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

Dated this _____ day of November, 2010.

_____
Roger G. Segal, Trustee

Date: 11/24/10                                **DIVIDENDS REMITTED TO THE COURT**                         Page:

Case Number 09-33547 - ISAACS, MARCUS ROBERT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Mountain West Anesthesia**<br>PO Box 3570<br>Salt Lake City, Utah 84110-3570 | 000006 | 23.50 | 1.27 |
| ---------- Remittance Total --------------- | | 23.50 | 1.27 |

_____
ROGER G. SEGAL, Trustee